```
                                United States Bankruptcy Court
                                     District of Maryland
In re:                                                                     Case No. 16-23554-NVA
Benjamin D. Myers                                                          Chapter 7
Katherine V. Myers
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0416-1           User: edevine                Page 1 of 2                  Date Rcvd: Jan 30, 2017
                               Form ID: 318                 Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
db/db          +Benjamin D. Myers,    Katherine V. Myers,    922 Uniontown Road,    Westminster, MD 21158-4136
29879845       +Advanced Call Center Technologies, LLC,    P.O. Box 9091,    Johnson City, TN 37615-9091
29879846       +Aes/pheaafrn,    Pob 61047,   Harrisburg, PA 17106-1047
29879914       +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
                 Baltimore, MD 21201-2305
29879856       +Credit Control, LLC,    PO BOX 31179,   Tampa, FL 33631-3179
29879857       +D&A Servicings,    1400 E. Touchy Avenue,    G2,   Des Plaines, IL 60018-3338
29879858       +ERC,   PO Box 23870,    Jacksonville, FL 32241-3870
29879863       +Lyons Doughty Veldhuis,P.C.,    136 Gaither Drive,    Suite 100,   P.O. Box 1269,
                 Mount Laurel, NJ 08054-7269
29879865       +MRS Associates of New Jersey,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
29879864        Monarch Recovery Management,    c/o Security Credit Service, LLC,    10965 Decatur Road,
                 Philadelphia, PA 19154-3210
29879868       +Professional Bureau of Collections of MD,    PO BOX 4157,    Englewood, CO 80155-4157
29879870       +State of Maryland,    Revenue Administration Div.,    110 Carroll Street,
                 Annapolis, MD 21411-1000
29879915       +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
                 Baltimore, MD 21201-2225
29879880       +United Collection Bureau Inc,.,    5620 Southwyck Blvd.,    Suite 206,   Toledo, OH 43614-1501
29879881       +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: STFM.COM Jan 30 2017 20:08:00      State Farm Bank,    Attn: BCC Bankruptcy,
                 P.O. Box 2328,    Bloomington, IL  61702-2328
29879848       +EDI: ARSN.COM Jan 30 2017 20:08:00      ARS national Services,    P.O. Box 463023,
                 Escondido, CA 92046-3023
29879847       +EDI: RMSC.COM Jan 30 2017 20:08:00      Alliedinterstate,    PO BOX 960061,
                 Orlando, FL 32896-0061
29879849       +EDI: BANKAMER.COM Jan 30 2017 20:08:00      Bank Of America,    Nc4-105-03-14,   Po Box 26012,
                 Greensboro, NC 27420-6012
29879916       +E-mail/Text: grouch@ccg.carr.org Jan 30 2017 20:12:19       Carroll County,
                 County Attorney’s Office,    225 N. Center Street,    Westminster, MD 21157-5194
29879850       +EDI: CHASE.COM Jan 30 2017 20:08:00      Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
29879851       +EDI: CHASE.COM Jan 30 2017 20:08:00      Chase Card Services,    Attn: Correspondence Dept,
                 Po Box 15298,    Wilmingotn, DE 19850-5298
29879852       +EDI: WFNNB.COM Jan 30 2017 20:08:00      Comenity Bank/Lane Bryant,    Po Box 182125,
                 Columbus, OH 43218-2125
29879853       +EDI: WFNNB.COM Jan 30 2017 20:08:00      Comenity Bank/Pier 1,    Po Box 182125,
                 Columbus, OH 43218-2125
29879854       +EDI: WFNNB.COM Jan 30 2017 20:08:00      Comenity capital bank,    Comenity Bank,   Po Box 182125,
                 Columbus, OH 43218-2125
29879855       +EDI: WFNNB.COM Jan 30 2017 20:08:00      Comenitycapital/zales,    Comenity Bank,   Po Box 182125,
                 Columbus, OH 43218-2125
29879859       +EDI: FSAE.COM Jan 30 2017 20:08:00      Firstsource Advantage, LLC,    205 Bryant Woods South,
                 Buffalo, NY 14228-3609
29879860       +EDI: LEADINGEDGE.COM Jan 30 2017 20:08:00      Global Credit Collection Corp,    PO Box 129,
                 Linden, MI 48451-0129
29879861        EDI: IRS.COM Jan 30 2017 20:08:00      Internal Revenue Service,    PO BOX 7346,
                 Philadelphia, PA 19101-7346
29879862       +EDI: CBSKOHLS.COM Jan 30 2017 20:08:00      Kohls/Capital One,    Po Box 3120,
                 Milwaukee, WI 53201-3120
29879866       +EDI: NAVIENTFKASMSERV.COM Jan 30 2017 20:08:00      Navient,    Attn: Claims Dept,   Po Box 9500,
                 Wilkes-Barr, PA 18773-9500
29879867        EDI: PRA.COM Jan 30 2017 20:08:00      Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
29879869       +EDI: STFM.COM Jan 30 2017 20:08:00      State Farm Bank,    Attn: Bankruptcy,   Po Box 2328,
                 Bloomington, IL 61702-2328
29879871       +EDI: RMSC.COM Jan 30 2017 20:08:00      Syncb/toysrus,    Attn: Bankrupty,   Po Box 103104,
                 Roswell, GA 30076-9104
29879872       +EDI: RMSC.COM Jan 30 2017 20:08:00      Synchrony Bank/ JC Penneys,    Po Box 965064,
                 Orlando, FL 32896-5064
29879873       +EDI: RMSC.COM Jan 30 2017 20:08:00      Synchrony Bank/ Old Navy,    Po Box 965064,
                 Orlando, FL 32896-5064
29879874       +EDI: RMSC.COM Jan 30 2017 20:08:00      Synchrony Bank/Care Credit,    Po Box 965064,
                 Orlando, FL 32896-5064
29879875       +EDI: RMSC.COM Jan 30 2017 20:08:00      Synchrony Bank/Lowes,    Po Box 965064,
                 Orlando, FL 32896-5064
29879876       +EDI: RMSC.COM Jan 30 2017 20:08:00      Synchrony Bank/PayPal Cr,    Po Box 965064,
                 Orlando, FL 32896-5064
29879877       +EDI: RMSC.COM Jan 30 2017 20:08:00      Synchrony Bank/TJX,    Po Box 965064,
                 Orlando, FL 32896-5064
29879878       +EDI: RMSC.COM Jan 30 2017 20:08:00      Synchrony Bank/Walmart,    Po Box 965064,
                 Orlando, FL 32896-5064
```

```
District/off: 0416-1          User: edevine                Page 2 of 2                   Date Rcvd: Jan 30, 2017
                              Form ID: 318                 Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
29879879        +EDI: WTRRNBANK.COM Jan 30 2017 20:08:00     Target,   C/O Financial & Retail Services,
                 Mailstop BT PO Box 9475,   Minneapolis, MN 55440-9475
                                                                                               TOTAL: 27
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2017 at the address(es) listed below:
```
              David L. Ruben    srogan354@yahoo.com, kenny@mdbankruptcycenter.com
              Mark J. Friedman    kimberly.curry@dlapiper.com, mfriedman@ecf.epiqsystems.com
                                                                                               TOTAL: 2
```

Entered: January 30, 2017
Signed:  January 30, 2017

**SO ORDERED**



*Nancy V. Alquist*
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Benjamin D. Myers** | Social Security number or ITIN  **xxx–xx–0370** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Katherine V. Myers** | Social Security number or ITIN  **xxx–xx–2357** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Maryland** | | |
| Case number:  **16–23554 NVA**   **Chapter:  7** | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

    Benjamin D. Myers                                          Katherine V. Myers

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                         **Order of Discharge**                         page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**